AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | )  |
|---|---|
| v. | ) Case No. 1:25-mj-41-AEM |
| CARL D. MONTAGUE | ) |
| Defendant | ) |

RECEIVED
By Dianna Prete at 10:49 am, Jul 08, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CARL D. MONTAGUE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 871 - Threats Against the President
18 U.S.C. §§ 875(c) - Interstate Threats
18 U.S.C. §§ 115(a)(1)(B) - Threaten to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer

Date: 7/7/2025

City and state: Providence, R.I.

*Issuing officer's signature*
John J. McConnell, U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/8/25, and the person was arrested on *(date)* 7/9/25
at *(city and state)* Providence, RI.

Date: 7/9/25

*Arresting officer's signature*

Kyle Olehnik - FBI
*Printed name and title*